# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 8, 2010

Marilyn Kelly,
Chief Justice

141657

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

JOHN ROY ALLEN,
   Plaintiff-Appellant,

v

              SC: 141657
              COA: 295753
              Mackinac CC: 2005-005986-TC

ROBIN LYNN BELONGA,
   Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the July 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 8, 2010

_____
Clerk

s1005